# *IN THE DISTRICT COURT OF THE UNITED STATES*

# *for the Western District of New York*

MARCH 2023 GRAND JURY
(Impaneled March 24, 2023)

**THE UNITED STATES OF AMERICA**

**INDICTMENT**

*-vs-*

Violations:

**ANITA MILLER**

Title 18, United States Code,
Sections 1709 and 1703(a)
(8 Counts)

### COUNT 1

**(Theft of Mail by Postal Employee)**

**The Grand Jury Charges That:**

On or about February 22, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did intentionally embezzle mail and remove articles and things contained therein, specifically MILLER opened a green, stamped, first class mail envelope which had been entrusted to her and which had come into her possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed a Tops Gift Card.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 2

### (Theft of Mail by Postal Employee)

### The Grand Jury Further Charges That:

On or about March 10, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did intentionally embezzle mail and remove articles and things contained therein, specifically MILLER opened a green envelope which had been entrusted to her and which had come into her possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed a gift card before resealing the envelope and placing it back in the delivery tray.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 3

### (Theft of Mail by Postal Employee)

### The Grand Jury Further Charges That:

On or about March 11, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did intentionally embezzle mail and remove articles and things contained therein, specifically MILLER opened a white envelope which had been entrusted to her and which had come into her possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed cash.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 4

**(Theft of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 12, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did intentionally embezzle mail and remove articles and things contained therein, specifically at approximately 11:36am, MILLER opened a blue envelope which had been entrusted to her and which had come into her possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed a gift card.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 5

**(Theft of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 12, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did intentionally embezzle mail and remove articles and things contained therein, specifically at approximately 5:13pm, MILLER opened a white envelope which had been entrusted to her and which had come into her possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed cash which she put in her pocket.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 6

### (Theft of Mail by Postal Employee)

### The Grand Jury Further Charges That:

On or about March 16, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did intentionally embezzle mail and remove articles and things contained therein, specifically MILLER opened two envelopes which had been entrusted to her and which had come into her possession intended to be conveyed by mail and carried and delivered by any carrier, agent, and person employed in any department of the United States Postal Service, and removed cash from each.

**All in violation of Title 18, United States Code, Section 1709.**

## COUNT 7

### (Delay of Mail by Postal Employee)

### The Grand Jury Further Charges That:

On or about March 14, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically a blue envelope which had been entrusted to her and which had come into her possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

## COUNT 8

**(Delay of Mail by Postal Employee)**

**The Grand Jury Further Charges That:**

On or about March 15, 2022, in the Western District of New York, the defendant, ANITA MILLER, a United States Postal Service employee, did unlawfully detain, delay, and open mail, specifically a white envelope which had been entrusted to her and which had come into her possession, and which was intended to be conveyed by mail and carried and delivered by any carrier and other employee of the United States Postal Service.

**All in violation of Title 18, United States Code, Section 1703(a).**

DATED:  Buffalo, New York, September 14, 2023.

                TRINI E. ROSS
                United States Attorney

BY:    S/FRANZ M. WRIGHT
        FRANZ M. WRIGHT
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York  14202
        716/843-5825
        Franz.Wright@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON